# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CARRINGTON DARNELL VENEY | ) | Case No. 21−31865−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

| | | |
|---|---|---|
| CARRINGTON DARNELL VENEY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | APN: 21-_____ |
| | ) | |
| DITECH FINANCIAL LLC, a | ) | |
|   Delaware limited liability company | ) | |
| Serve: The Corporation Trust Company, R/A | ) | |
|       Corporation Trust Center | ) | |
|       1209 Orange St. | ) | |
|       Wilmington, DE  19801 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DARYL T. PAGE, TRUSTEE | ) | |
| 2035 Plank Road | ) | |
| Fredericksburg, VA  22401 | ) | |
| | ) | |
| Defendants | ) | |

**COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY OR EXTENT OF LIENS**

COMES NOW, the Plaintiff, by counsel and respectfully represents unto the Court the following:

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Plaintiff*

1. The jurisdiction of this Court is founded upon 11 U.S.C. § 1322 and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The Plaintiff is the Debtor in the above captioned Chapter 13 case, which case was filed on June 9, 2021.

4. The estate of the Plaintiff includes an interest in real estate known as 120 Lancaster Creek Drive, Lancaster, VA 22503, more particularly described as:

```
ALL THOSE TWO CERTAIN PARCELS OF LAND LOCATED IN WHITE
CHAPEL MAGISTERIAL DISTRICT, LANCASTER COUNTY, VIRGINIA, IN
THE SUBDIVISION KNOWN AS LANCASTER SHORES, A PLAT OF WHICH
(MADE BY PHILLIP H. BROOKS AND KENNETH L. BARTON, DATED
JANUARY 22, 1959) IS OF RECORD IN THE CLERK'S OFFICE OF THE
CIRCUIT COURT OF LANCASTER COUNTY, VIRGINIA, IN DEED BOOK
117 AT PAGE 162, AND UPON WHICH PLAT THE PARCELS DESIGNATED
AS LOT 15 IN SECTION D AND AS ONE-HALF (1/2) OF LOT 14 IN
SECTION D, BEING THE NEARER ONE-HALF (1/2) TO LOT 15 IN
SECTION D, THIS ONE-HALF (1/2) OF LOT 14 IN SECTION D BEING
THE SAME PARCLE CONVEYED TO RALPH J. FEATHERALL AND LUCY C.
FEATHERALL BY RIVERWOOD ASSOCIATES, INC. BY DEED DATED
OCTOBER 16, 1976, OF RECORD IN THE SAID CLERK'S OFFICE IN
DEED BOOK 198 AT PAGE 129, AND THE SAID LOT 15 OM SECTION D
BEING THE SAME PARCEL OF LAND CONVEYED TO RALPH J.
FEATHERALL AND LUCY C. FEATHERALL BY ROBERT K. DANLEY BY
DEED DATED OCTOBER 5, 1976, OF RECORD IN THE SAID CLERK'S
OFFICE IN DEED BOOK 198 AT PAGE 345.
```

("Property").

5. There is a recorded first deed of trust against the Property in favor of U.S. Bank Trust National Association ("US Bank"), which at the time of the filing of this case had an approximate balance of $174,543.25, and which deed of trust is dated February 24, 2004 and is

recorded in the Clerk's Office of the Lancaster County Circuit Court on February 26, 2004 as Instrument No. 040000517 ("First Deed of Trust").

6. There is a recorded second deed of trust against the Property in favor of Ditech Financial LLC ("Ditech"), which at the time of the filing of this case had an approximate balance of $35,842.91, and which deed of trust is dated December 16, 2004 and is recorded in the Clerk's Office of the Lancaster County Circuit Court on December 28, 2004 as Instrument No. 040003835 ("Second Deed of Trust").

7. Daryl T. Page, Trustee is the named Trustee in the Second Deed of Trust and is a necessary party to this action.

8. Upon information and belief, the value of the Property is $95,400.00 which is less than the payoff of the promissory note secured by First Deed of Trust. A copy of the current assessment on the Property is attached hereto as Exhibit "A".

9. Based upon the value of the Property and the balance of the note secured by the First Deed of Trust, the Second Deed of Trust on the Property is fully unsecured.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an Order declaring that Ditech's note secured by the Second Deed of Trust is fully unsecured, that the Plaintiff be permitted to treat Ditech's allowed claim with respect to the Second Deed of Trust as unsecured in the Chapter 13 Plan, that the Second Deed of Trust be released against the Property, and for such other relief as the Court may deem appropriate.

Dated:  June 18, 2021

        Respectfully Submitted,

        CARRINGTON DARNELL VENEY

        By:  /s/ James E. Kane
            James E. Kane (VSB #30081)
            KANE & PAPA, P.C.
            1313 East Cary Street
            Richmond, Virginia  23219
            Telephone: (804) 225-9500
            Facsimile: (804) 225-9598
            Email: jkane@kaneandpapa.com
            *Counsel for Plaintiff*

EXHIBIT A

## Lancaster County GIS Parcel Data Report



| Parcel Number: | 5A  1 D  15 |
| --- | --- |
| Owner Name: | VENEY CARRINGTON D & CHERYL YVETTE |
| Address: | 120 LANCASTER CREEK DR |
| | LANCASTER VA 22503 |
| Property Address: | 120 LANCASTER CREEK DR |
| Property Description: | LANCASTER SHORES LOT |
| Acreage: | .000 |
| Land Value: | 3500 |
| Improvements Value: | 91900 |
| Total Value: | 95400 |
| Instrument Number: | LR 2017 0001966 |
| Date Last Sold: | 10/16/2017 |
| Grantor: | VENEY CARRINGTON D |

**DISCLAIMER: No warranty is offered for content or accuracy. Any information obtained from this web site which is to be used in the preparation of legal documents should be verified by an outside source prior to inclusion in said documents.**

Copyright 2021 County of Lancaster, Virginia